IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:08-CR-00239-01-BRW

MIGUEL A. SNEED

### ORDER

Pending is Defendant's unopposed[1] Motion to Amend Judgment (Doc. No. 50), in which Mr. Sneed requests that I amend the judgment *nunc pro tunc* to correct a clerical error under Federal Rule of Criminal Procedure 36.[2] The Motion is GRANTED. Accordingly, an amended judgment will be entered shortly.

IT IS SO ORDERED this 3rd day of April, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 51.

[2] The transcript of Mr. Sneed's sentencing hearing (Doc. No. 49,8) reads in part, "Mr. Sneed is committed to the custody of the Bureau of Prisons for imprisonment for a term of 62 months, to run <u>concurrent to</u> the undischarged term of imprisonment in the Arkansas Department of Correction;" however, the Judgment entered afterward (Doc. No. 46) does not.